Abran E. Vigil
Nevada Bar No. 7548
Ann Marie Hansen
Nevada Bar No. 10144
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Phone: (702) 471-7000
Fax: (702) 471-7070
Email: vigila@ballardspahr.com
Email: hansena@ballardspahr.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN WEST HOMES, INC., a Nevada corporation; WHITNEY RANCH, INC., a Nevada corporation; FEDERAL LAND MANAGEMENT, LLC, a Nevada limited liability company; CACTUS SAND & GRAVEL, INC., a Nevada corporation; WEST MESA, LLC, a Nevada limited liability company; CORONADO HILLS, LLC, a Nevada limited liability company; ADAVEN MANAGEMENT, INC., a Nevada corporation; LAWRENCE CANARELLI, as trustee of THE CANARELLI FAMILY TRUST DATED SEPTEMBER 14, 1990; LAWRENCE AND HEIDI CANARELLI, AS TRUSTEES OF THE LAWRENCE AND HEIDI CANARELLI 1993 IRREVOCABLE TRUST; LAWRENCE CANARELLI and HEIDI CANARELLI, as trustees of the THE STACIA LEIGH LEMKE IRREVOCABLE TRUST; | CASE NO. 2:15-cv-01815-MMD-GWF<br><br><br><br><br><br><br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION TO DEEM SERVICE OF PROCESS INSUFFICIENT**<br><br>(First Request) |

DMWEST #13239249 v1

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9 | LAWRENCE CANARELLI and HEIDI )<br>CANARELLI, as trustees of THE )<br>JEFFREY LAWRENCE GRAVES )<br>CANARELLI IRREVOCABLE TRUST; ED )<br>LUBBERS, as trustee of THE SCOTT )<br>LYLE GRAVES CANARELLI )<br>IRREVOCABLE TRUST; LAWRENCE )<br>CANARELLI and HEIDI CANARELLI, as )<br>trustees of THE ALLYSA LAUREN )<br>GRAVES CANARELLI IRREVOCABLE )<br>TRUST; LAWRENCE D. CANARELLI and )<br>HEIDI CANARELLI, individually; DOES )<br>I-X; and ROE COMPANIES XI-XX, )<br>inclusive. )<br>　　　　　　　　　　　　　　)<br>　　　　　Defendants. )<br>　　　　　　　　　　　　　　) |

BALLARD SPAHR LLP
100 NORTH CITY PARKWAY, SUITE 1750
LAS VEGAS, NEVADA 89106
(702) 471-7000 FAX (702) 471-7070

Plaintiff Zurich American Insurance Company ("Zurich") and Defendants, Adaven Management, Inc., Lawrence D. Canarelli, as trustee of The Canarelli Family Trust Dated September 14, 1990, Lawrence D. Canarelli, as trustee of The Lawrence and Heidi Canarelli 1993 Irrevocable Trust, Lawrence D. Canarelli, as trustee of The Allysa Lawren Graves Canarelli Irrevocable Trust (incorrectly identified as "The Allysa Lauren Graves Canarelli Irrevocable Trust" in the caption), Lawrence D. Canarelli, as trustee of The Stacia Leigh Lemke Irrevocable Trust, Lawrence D. Canarelli, as trustee of The Jeffrey Lawrence Graves Canarelli Irrevocable Trust, Heidi Canarelli, as trustee of The Lawrence and Heidi Canarelli 1993 Irrevocable Trust, Heidi Canarelli, as trustee of The Allysa Lawren Graves Canarelli Irrevocable Trust (incorrectly identified as "The Allysa Lauren Graves Canarelli Irrevocable Trust" in the caption), Heidi Canarelli, as trustee of The Stacia Leigh Lemke Irrevocable Trust, Heidi Canarelli, as trustee of The Jeffrey Lawrence Graves Canarelli Irrevocable Trust, Edward C. Lubbers (identified as Ed Lubbers in the Amended Complaint), as trustee of The Scott Lyle Graves Canarelli Irrevocable Trust, Heidi Canarelli, individually, and Lawrence D. Canarelli, individually (collectively the "Answering Defendants"), by and through their counsel of record, hereby stipulate and agree to extend the deadline to respond to the Defendant

DMWEST #13239249 v1

1  Lawrence D. Canarelli's Motion to Deem Service of Process Insufficient [Dkt. #36]
2  filed on October 20, 2015 (the "Motion"), extending the date to respond to Friday,
3  November 13, 2015 because the Parties are currently working on entering into a
4  stipulation to resolve the Motion.  A proposed Stipulation and Order to Extend Time
5  to Respond to Motion to Deem Service of Process Insufficient [Dkt. #39] was filed on
6  November 6, 2015, prior to the expiration of the response period, but it was denied by
7  the Court because the parties inadvertently failed to identify the stipulation as the
8  "First Request."  This stipulation corrects that error.

MAUPIN NAYLOR BRASTER

By:   /s/ Jennifer L. Braster
   Jennifer L. Braster, Esq.
   Nevada Bar No. 9982
   1050 Indigo Drive, Suite 112
   Las Vegas, NV 89145
   Telephone: (702) 420-7000

*Attorney for Answering Defendants*

BALLARD SPAHR LLP

By:   /s/ Ann Marie Hansen
   Ann Marie Hansen, Esq.
   Nevada Bar No. 10144
   100 N. City Parkway, Suite 1750
   Las Vegas, NV 89106
   (702) 471-7000

*Attorney for Plaintiff*

IT IS SO ORDERED.

_____
U.S. DISTRICT COURT JUDGE

DATED: November 12, 2015

3

DMWEST #13239249 v1