1  John M. Naylor
   Nevada Bar No. 5435
2  Jennifer L. Braster
   Nevada Bar No. 9982
3  MAUPIN • NAYLOR • BRASTER
   1050 Indigo Drive, Suite 112
4  Las Vegas, NV 89145
   (t) (702) 420-7000
5  (f) (702) 420-7001
   jnaylor@naylorandbrasterlaw.com
6  jbraster@naylorandbrasterlaw.com

7  *Attorneys for the Trust and Individual Defendants*

8                    UNITED STATES DISTRICT COURT

9                         DISTRICT OF NEVADA

10

11  ZURICH AMERICAN INSURANCE            Case No. 2:15-cv-01815-MMD-GWF
    COMPANY,
12
                        Plaintiff,
13
    v.
14
    AMERICAN WEST HOMES, INC., a          **STIPULATION AND ORDER FOR**
15  Nevada corporation; WHITNEY RANCH,    **DISMISSAL WITHOUT PREJUDICE**
    INC., a Nevada corporation; FEDERAL   **AND TO AMEND THE COMPLAINT**
16  LAND MANAGEMENT, LLC, a Nevada
    limited liability company; CACTUS SAND
17  & GRAVEL, INC., a Nevada corporation;
    WEST MESA, LLC, a Nevada limited
18  liability company; CORONADO HILLS,
    LLC, a Nevada limited liability company;
19  ADAVEN MANAGEMENT, INC., a
    Nevada corporation; LAWRENCE
20  CANARELLI, as trustee of THE
    CANARELLI FAMILY TRUST DATED
21  SEPTEMBER 14, 1990; LAWRENCE AND
    HEIDI CANARELLI, as trustees of THE
22  LAWRENCE AND HEIDI CANARELLI
    1993 IRREVOCABLE TRUST;
23  LAWRENCE CANARELLI and HEIDI
    CANARELLI, as trustees of the THE
24  STACIA LEIGH LEMKE IRREVOCABLE
    TRUST; LAWRENCE CANARELLI and
25  HEIDI CANARELLI, as trustees of THE
    JEFFREY LAWRENCE GRAVES
26  CANARELLI IRREVOCABLE TRUST; ED
    LUBBERS, as trustee of THE SCOTT
27  LYLE GRAVES CANARELLI
    IRREVOCABLE TRUST; LAWRENCE

28

MAUPIN • NAYLOR • BRASTER
ATTORNEYS AT LAW
1050 Indigo Drive, Suite 112
Las Vegas, NV 89145
(702) 420-7000

1
2
3
4

CANARELLI and HEIDI CANARELLI, as trustees of THE ALLYSA LAUREN GRAVES CANARELLI IRREVOCABLE TRUST; LAWRENCE D. CANARELLI and HEIDI CANARELLI, individually; DOES I-X; and ROE COMPANIES XI-XX, inclusive.

Defendants.

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Local Rule 7-1(b), NRS 78.585 and NRS 86.505, plaintiff Zurich American Insurance Company ("Zurich"), by and through its counsel of record, and defendants Adaven Management, Inc., Lawrence D. Canarelli, as trustee of The Canarelli Family Trust Dated September 14, 1990, Lawrence D. Canarelli, as trustee of The Lawrence and Heidi Canarelli 1993 Irrevocable Trust, Lawrence D. Canarelli, as trustee of The Alysa Lawren Graves Canarelli Irrevocable Trust (incorrectly identified as "The Allysa Lauren Graves Canarelli Irrevocable Trust" in the caption), Lawrence D. Canarelli, as trustee of The Stacia Leigh Lemke Irrevocable Trust, Lawrence D. Canarelli, as trustee of The Jeffrey Lawrence Graves Canarelli Irrevocable Trust, Heidi Canarelli, as trustee of The Lawrence and Heidi Canarelli 1993 Irrevocable Trust, Heidi Canarelli, as trustee of The Alysa Lawren Graves Canarelli Irrevocable Trust (incorrectly identified as "The Allysa Lauren Graves Canarelli Irrevocable Trust" in the caption), Heidi Canarelli, as trustee of The Stacia Leigh Lemke Irrevocable Trust, Heidi Canarelli, as trustee of The Jeffrey Lawrence Graves Canarelli Irrevocable Trust, Edward C. Lubbers (identified as Ed Lubbers in the Amended Complaint), as trustee of The Scott Lyle Graves Canarelli Irrevocable Trust, Heidi Canarelli, individually, and Lawrence D. Canarelli, individually (collectively the "Answering Defendants"), by and through their counsel of record, hereby stipulate and agree:

1.      To dismiss the following named defendants without prejudice, with each party to bear its own costs and attorneys' fees:

• American West Homes, Inc.  The Certificate of Dissolution and Nevada's Secretary of State website show American West Homes, Inc. dissolved and ceased operations on January 29, 2004;

• Cactus Sand & Gravel, Inc.  The Certificate of Dissolution and Nevada's

MAUPIN • NAYLOR • BRASTER
ATTORNEYS AT LAW
1050 Indigo Drive, Suite 112
Las Vegas, NV 89145
(702) 420-7000

1  Secretary of State website show Cactus Sand & Gravel, Inc. dissolved and

2  ceased operations on December 15, 2008;

3  • West Mesa, LLC.  The Articles of Dissolution and Nevada's Secretary of

4  State website show West Mesa, LLC dissolved and ceased operations on

5  December 27, 2006;

6  • Coronado Hills, LLC.  The Articles of Dissolution and Nevada's Secretary

7  of State website show Coronado Hills, LLC dissolved and ceased

8  operations on December 27, 2006; and,

9  • Whitney Ranch, Inc.   The Certificate of Dissolution and Nevada's

10  Secretary of State website show Whitney Ranch, Inc. dissolved and ceased

11  operations on April 20, 2009.

12  2.  Lawrence D. Canarelli's Motion to Deem Service of Process Insufficient (Doc.

13  36) is now moot as a result of this Stipulation and Order.

14  3.  The Amended Complaint (Doc. 23) identifies "Federal Land Management, LLC"

15  as a defendant, and Zurich served "Federal Land Management Limited Liability Company"

16  ("FLM") with process (Doc. 30).  The Certificate of Dissolution and Nevada's Secretary of State

17  website show FLM dissolved and ceased operations on December 30, 1998, and is likewise

18  hereby dismissed without prejudice.

19  4.  Zurich's Policy No. GLO 3503901-00 (the "Policy") identifies a "Federal Land

20  Management, LLC" in its Named Insured Schedule. It has been represented to Zurich that the

21  expectation was that Federal Lands Management LLC ("FLsM") was the named insured, not

22  FLM.  Therefore, Zurich and Answering Defendants stipulate to amend the Amended Complaint

23  (Doc. 23) to add FLsM as a defendant, to remove the allegations pertaining to FLM and to add

24  / / /

25  / / /

26  / / /

27  / / /

28

MAUPIN • NAYLOR • BRASTER
ATTORNEYS AT LAW
1050 Indigo Drive, Suite 112
Las Vegas, NV 89145
(702) 420-7000

3 of 4

allegations regarding FLsM.   Pursuant to Local Rule 15-1, attached is the proposed Second Amended Complaint.

Dated this  12th  of November, 2015.

MAUPIN • NAYLOR • BRASTER

By:     /s/ Jennifer L. Braster
John M. Naylor
Nevada Bar No. 5435
Jennifer L. Braster
Nevada Bar No. 9982
1050 Indigo Drive, Suite 112
Las Vegas, Nevada 89144

*Attorneys for the Answering Defendants*

Dated this  12th  of November, 2015.

BALLARD SPAHR LLP

By:     /s/ Ann Marie Hansen
Abran E. Vigil
Nevada Bar No. 7548
Ann Marie Hansen
Nevada Bar No. 10144
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106

*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED this 12th ___ day of November 2015.

_____
UNITED STATES DISTRICT JUDGE

MAUPIN • NAYLOR • BRASTER
ATTORNEYS AT LAW
1050 Indigo Drive, Suite 112
Las Vegas, NV 89145
(702) 420-7000

1  Abran E. Vigil
2  Nevada Bar No. 7548
   Ann Marie Hansen
3  Nevada Bar No. 10144
   BALLARD SPAHR LLP
4  100 North City Parkway, Suite 1750
   Las Vegas, Nevada 89106
5  Phone: (702) 471-7000
6  Fax: (702) 471-7070
   Email: vigila@ballardspahr.com
7  Email: hansena@ballardspahr.com
8  *Attorneys for Plaintiff*

9              UNITED STATES DISTRICT COURT

10                  DISTRICT OF NEVADA

11 ZURICH AMERICAN INSURANCE            ) CASE NO. 2:15-cv-01815-MMD-
   COMPANY,                             ) GWF
12                                      )
13         Plaintiff,                   )
                                        )
14 v.                                   )
                                        )
15 AMERICAN WEST HOMES, INC., a         )
   Nevada corporation; WHITNEY RANCH,   )
16 INC., a Nevada corporation; FEDERAL  )
   LANDS MANAGEMENT LLC, a Nevada       )
   limited liability company; CACTUS SAND )
17 & GRAVEL, INC., a Nevada corporation; ) **SECOND AMENDED**
   WEST MESA, LLC, a Nevada limited     ) **COMPLAINT**
18 liability company; CORONADO HILLS,   )
   LLC, a Nevada limited liability company; )
19 ADAVEN MANAGEMENT, INC., a           )
   Nevada corporation; LAWRENCE         )
20 CANARELLI, as trustee of THE         )
   CANARELLI FAMILY TRUST DATED         )
21 SEPTEMBER 14, 1990; LAWRENCE AND )
   HEIDI CANARELLI, as trustees of THE  )
22 LAWRENCE AND HEIDI CANARELLI         )
   1993 IRREVOCABLE TRUST;              )
23 LAWRENCE CANARELLI and HEIDI         )
   CANARELLI, as trustees of the THE    )
24 STACIA LEIGH LEMKE IRREVOCABLE )
   TRUST;                               )
25                                      )
26                                      )
27                                      )

28

BALLARD SPAHR LLP
100 NORTH CITY PARKWAY, SUITE 1750
LAS VEGAS, NEVADA 89106
(702) 471-7000 FAX (702) 471-7070

DMWEST #13304555 v1

BALLARD SPAHR LLP
100 NORTH CITY PARKWAY, SUITE 1750
LAS VEGAS, NEVADA 89106
(702) 471-7000 FAX (702) 471-7070

LAWRENCE CANARELLI and HEIDI )
CANARELLI, as trustees of THE )
JEFFREY LAWRENCE GRAVES )
CANARELLI IRREVOCABLE TRUST; ED )
LUBBERS, as trustee of THE SCOTT )
LYLE GRAVES CANARELLI )
IRREVOCABLE TRUST; LAWRENCE )
CANARELLI and HEIDI CANARELLI, as )
trustees of THE ALLYSA LAUREN )
GRAVES CANARELLI IRREVOCABLE )
TRUST; LAWRENCE D. CANARELLI and )
HEIDI CANARELLI, individually; DOES )
I-X; and ROE COMPANIES XI-XX, )
inclusive. )
)
          Defendants. )
)
)
)

Zurich American Insurance Company ("Zurich") complains and alleges as follows:

## NATURE OF THE ACTION

1.     Defendants owe Plaintiff approximately $200,000, based on a breach of contract.

## PARTIES, JURISDICTION AND VENUE

2.     Plaintiff Zurich American Insurance Company is a New York corporation with a statutory home office in New York, New York and its principal place of business is in Schaumburg, Illinois.  It is authorized to transact business in Nevada.

3.     Upon information and belief, defendant American West Homes, Inc. ("American West") is a Nevada corporation, conducting business in the State of Nevada.

4.     Upon information and belief, defendant Whitney Ranch, Inc. ("Whitney Ranch") is a Nevada corporation, conducting business in the State of Nevada.

5.     Upon information and belief, defendant Federal Lands Management LLC ("FLM") is a Nevada limited liability company, conducting business in the State of Nevada.

2

DMWEST #13304555 v1

BALLARD SPAHR LLP
100 NORTH CITY PARKWAY, SUITE 1750
LAS VEGAS, NEVADA 89106
(702) 471-7000 FAX (702) 471-7070

6.     Upon information and belief, the manager of FLM is Investment Manager, Inc. ("Investment Manager").   Upon information and belief, Investment Manager is a Nevada corporation.

7.     Upon information and belief, defendant Cactus Sand & Gravel, Inc. ("CSG") is a Nevada corporation, conducting business in the State of Nevada.

8.     Upon information and belief, defendant West Mesa, LLC ("West Mesa") is a Nevada limited liability company, conducting business in the State of Nevada.

9.     Upon information and belief, the managing member of West Mesa is Collins Family Limited Liability Company No. 1 ("Collins Family LLC").   Upon information and belief, the manager of West Mesa is Canarelli Family Trust.   Upon information and belief, Pauline Collins ("Collins") is the manager of the Collins Family LLC.   Upon information and belief, the trustee of the Canarelli Family Trust is Lawrence Canarelli ("Canarelli").   Upon information and belief, both Collins and Canarelli are Nevada residents.

10.     Upon information and belief, defendant Coronado Hills, LLC ("Coronado Hills") is a Nevada limited liability company, conducting business in the State of Nevada.   Upon information and belief, Canarelli Family Trust and Collins Family LLC are the managers of Coronado Hills.

11.     Upon information and belief, defendant Adaven Management, Inc. ("Adaven") is a Nevada corporation, conducting business in the State of Nevada.

12.     Upon information and belief, defendant The Canarelli Family Trust dated September 14, 1990 ("Canarelli Family Trust") is a Nevada trust. Upon information and belief, Canarelli is the sole trustee of Canarelli Family Trust.

13.     Upon information and belief, defendant The Lawrence and Heidi Canarelli 1993 Irrevocable Trust (the "Lawrence and Heidi Trust") is a Nevada trust. Upon information and belief, Canarelli and Heidi Canarelli ("Heidi") are the trustees of the Lawrence and Heidi Trust.   Upon information and belief, Canarelli and Heidi are Nevada residents.

3

14.   Upon information and belief, defendant The Stacia Leigh Lemke Irrevocable Trust ("Lemke Trust") is a Nevada trust.  Upon information and belief, Canarelli and Heidi are the trustees of the Lemke Trust.

15.   Upon information and belief, defendant The Jeffrey Lawrence Graves Canarelli Irrevocable Trust ("JLGC Trust") is a Nevada trust.  Upon information and belief, Canarelli and Heidi are the trustees of the JLGC trust.

16.   Upon information and belief, defendant The Scott Lyle Graves Canarelli Irrevocable Trust ("SLGC Trust") is a Nevada trust. Upon information and belief, Ed Lubbers is the trustee of the SLGC trust.  Upon information and belief, Ed. Lubbers is a Nevada resident.

17.   Upon information and belief, defendant The Allysa Lauren Graves Canarelli Irrevocable Trust ("ALGC Trust") is a Nevada trust.   Upon information and belief, Canarelli and Heidi are the trustees of the ALGC trust.

18.   Upon information and belief, defendant Lawrence D. Canarelli is a Nevada resident.

19.   Upon information and belief, defendant Heidi Canarelli is a Nevada resident.

20.   The defendants referenced in paragraphs 2 through 19 will be collectively referred to herein as "Defendants" or "Named Insureds."

21.   The acts and events giving rise to Zurich's claims are based upon Defendants' conduct that occurred in Clark County, Nevada.

22.   This Court has subject matter jurisdiction over this matter and personal jurisdiction over Defendants pursuant to 28 U.S.C. §§ 1332 and 1348 because there is complete diversity of citizenship and the amount in controversy exceeds $75,000.

23.   Zurich is a citizen of New York and has a principal place of business in Illinois.  None of the Defendants are New York or Illinois citizens.  Therefore, there is complete diversity of citizenship.

24.   The amount in controversy exceeds $75,000 because, as shown below,

BALLARD SPAHR LLP
100 NORTH CITY PARKWAY, SUITE 1750
LAS VEGAS, NEVADA 89106
(702) 471-7000 FAX (702) 471-7070

4

1   the value of the object of this litigation—recovery under the breached contract—
2   exceeds $75,000.

3       25.    This Court is the appropriate venue for this action pursuant to 28
4   U.S.C. § 1391.

5                              <u>**GENERAL ALLEGATIONS**</u>

6       26.    Zurich issued a Large Construction Policy to American West effective
7   January 1, 2001 to January 1, 2002, Policy No. GLO 3503901-00 (the "Policy").

8       27.    The Policy has a Named Insured Schedule which includes, among other
9   entities, all of Defendants as a Named Insured.

10      28.    The words "you" and "your" in the Policy refer to the Named Insured
11  shown in the Declarations, and any other person or organization qualifying as a
12  Named Insured under the Policy.

13      29.    The Policy also provides that "Except with respect to the Limits of
14  Insurance, and any rights or duties specifically assigned in this Coverage Part to the
15  first Named Insured, this insurance applies . . . [a]s if each Named Insured were the
16  only Named Insured."

17      30.    The Policy contains a Broad Form Named Insured Endorsement
18  modifying the Named Insured to include:

19      any corporation, subsidiary, firm, organization, partnership or any other
20      entity as existed, as now exists or may here after be controlled, formed
        or acquired where the First Named Insured shown in the Declarations
21      has ownership and/or management control for providing insurance.

22      31.    The Policy also contains an Automatic Additional Insured Endorsement
23  which amends an Insured to include as an Additional Insured a "person or
24  organization with whom you have agreed, through written contract, agreement or
25  permit, to provide insurance as is afforded under this Policy but only with respect to
26  liability arising out of "your work" done for that insured by or for you."

27      32.    The Omnibus Named Insured Endorsement amends the Named Insured
28  to include "any newly formed entity with 50% or more common ownership of the

BALLARD SPAHR LLP
100 NORTH CITY PARKWAY, SUITE 1750
LAS VEGAS, NEVADA 89106
(702) 471-7000 FAX (702) 471-7070

5

Named Insured(s)" and "any homeowners association that is controlled or managed by the Named Insured prior to the homeowners association purchasing their own insurance."

33.    The Self Insured Retention deductible is $50,000 per occurrence.

34.    The Self Insured Retention "means the amount you *or any Insured* must pay for all amounts which you shall become legally obligated to pay as damages because of 'bodily injury', 'property damage' 'advertising injury' or 'personal injury' sustained by one or more persons or organizations, due to an 'occurrence.'" (Emphasis added.)

35.    The Policy provides:

with respect to any claim under this insurance which has been tendered to us and which may exceed the self insured retention amount shown in the schedule of this endorsement for 'per occurrence' or 'per claim' whichever applies, we may pay for all of the self insured retention on your behalf to defend or to effect settlement of such claim. **Such amount paid by us shall [be] reimbursed promptly by you.**

36.    Zurich has settled or defended four claims tendered to it under the Policy, each claim exceeded the $50,000 Self Insured Retention Deductible and Zurich paid all amounts, including the $50,000 amount owed as a result of the Self Insured Retention.

37.    Specifically, Claim No. 926-0069492 related to Stacy Spring was paid in the amount of $72,881.81.    Thus, a payment of $50,000 was due to Zurich on December 20, 2010.

38.    Additionally, Claim No. 926-0073586 related to Gary & Bailey Medina was paid in the amount of $70,000.  Thus, a payment of $50,000 was due to Zurich on June 2, 2011.

39.    Also, Claim No. 926-0106117 related to Darryl and Barbara Backman was paid in the amount of $79,992.  Thus, a payment of $50,000 was due to Zurich on February 5, 2012.

BALLARD SPAHR LLP
100 NORTH CITY PARKWAY, SUITE 1750
LAS VEGAS, NEVADA 89106
(702) 471-7000 FAX (702) 471-7070

6

40.   In addition, Claim No. 926-0101438 related to Classic Development was paid in the amount of $64,306.80.  Thus, a payment of $50,000 was due to Zurich on February 5, 2012.

41.   Zurich sent invoices to American West for each claim in which payment was made requesting that American West pay the $50,000 deductible.

42.   American West did not respond or pay the $50,000 deductible on each claim.

43.   Accordingly, on June 26, 2012, Zurich sent a Demand Letter to the Named Insureds requesting payment of the $200,000 due and owing.

44.   To date, Zurich has not received payment from any of Defendants.

45.   Zurich is entitled to recover its attorneys' fees, costs, and interest.

## FIRST CLAIM FOR RELIEF
### (Breach of Contract)

46.   Plaintiff repeats and realleges the allegations in paragraphs 1 through 45.

47.   The Policy is a valid and enforceable contract between Zurich and Defendants.

48.   Zurich has fully performed its obligations under the Policy.

49.   Defendants have breached the terms of the Policy by, among other things, failing to pay Zurich, upon demand, the Self Insured Retention deductible of $50,000 for each claim paid on behalf of Defendants by Zurich.

50.   Notwithstanding Zurich's demand, Defendants have refused to comply with the terms of the Policy.

51.   As a result of Defendants' breaches, Zurich has been damaged and is entitled to a damage award in excess of $75,000.

52.   As a result of Defendants' breaches under the Policy, Zurich has retained legal counsel to enforce its rights and remedies.

53.   Zurich is entitled to recover its attorneys' fees and costs incurred herein.

7

BALLARD SPAHR LLP
100 NORTH CITY PARKWAY, SUITE 1750
LAS VEGAS, NEVADA 89106
(702) 471-7000 FAX (702) 471-7070

BALLARD SPAHR LLP
100 NORTH CITY PARKWAY, SUITE 1750
LAS VEGAS, NEVADA 89106
(702) 471-7000 FAX (702) 471-7070

## PRAYER FOR RELIEF

WHEREFORE, Zurich prays for the following relief:

(a)     An award of damages in excess of $75,000 for the breach of contract claim for relief, together with interest accruing at the default contractual rate until paid;

(b)     An award of reasonable attorneys' fees and costs; and

(c)     For such other and further relief as the Court may deem just and proper.

Dated this 11th day of November, 2015.

BALLARD SPAHR LLP

By: /s/ Ann Marie Hansen
Abran E. Vigil
Nevada Bar No. 7548
Ann Marie Hansen
Nevada Bar No. 10144
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106

*Attorneys for Plaintiff*

DMWEST #13304555 v1