# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> AMERICAN WEST HOMES, INC., *et al.,* <br><br> Defendant. | Case No. 2:15-cv-01815-MMD-GWF <br><br> **ORDER** |

This matter is before the Court on Plaintiff's Motion Requesting Exception to Settlement Conference Attendance Requirement (ECF No. 105), filed on September 9, 2016. Upon review and consideration,

**IT IS HEREBY ORDERED** that Plaintiff's Motion Requesting Exception to Settlement Conference Attendance Requirement (ECF No. 105) is **denied**.

DATED this 13th day of September, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge