John M. Naylor
Nevada Bar No. 5435
Jennifer L. Braster
Nevada Bar No. 9982
MAUPIN • NAYLOR • BRASTER
1050 Indigo Drive, Suite 112
Las Vegas, NV 89145
(t) (702) 420-7000
(f) (702) 420-7001
jnaylor@naylorandbrasterlaw.com
jbraster@naylorandbrasterlaw.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN WEST HOMES, INC., a Nevada corporation; WHITNEY RANCH, INC., a Nevada corporation; FEDERAL LANDS MANAGEMENT LLC, a Nevada limited liability company; CACTUS SAND & GRAVEL, INC., a Nevada corporation; WEST MESA, LLC, a Nevada limited liability company; CORONADO HILLS, LLC, a Nevada limited liability company; ADAVEN MANAGEMENT, INC., a Nevada corporation; LAWRENCE CANARELLI, as trustee of THE CANARELLI FAMILY TRUST DATED SEPTEMBER 14, 1990; LAWRENCE AND HEIDI CANARELLI, as trustees of THE LAWRENCE AND HEIDI CANARELLI 1993 IRREVOCABLE TRUST; LAWRENCE CANARELLI and HEIDI CANARELLI, as trustees of the THE STACIA LEIGH LEMKE IRREVOCABLE TRUST; LAWRENCE CANARELLI and HEIDI CANARELLI, as trustees of THE JEFFREY LAWRENCE GRAVES CANARELLI IRREVOCABLE TRUST; ED LUBBERS, as trustee of THE SCOTT LYLE GRAVES CANARELLI IRREVOCABLE TRUST; LAWRENCE CANARELLI and HEIDI CANARELLI, as | Case No. 2:15-cv-01815-MMD-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

|   |   |
|---|---|
| 1 | trustees of THE ALLYSA LAUREN GRAVES CANARELLI IRREVOCABLE TRUST; LAWRENCE D. CANARELLI and HEIDI CANARELLI, individually; DOES I-X; and ROE COMPANIES XI-XX, inclusive. |

Defendants.

Pursuant to Fed. R. Civ. P. 41(a), Local Rule 7-1, Plaintiff Zurich American Insurance Company ("Zurich"), by and through its counsel of record, and Defendants and Counterclaimants Federal Lands Management LLC, Adaven Management, Inc., Lawrence D. Canarelli, as trustee of The Canarelli Family Trust Dated September 14, 1990, Lawrence D. Canarelli, as trustee of The Lawrence and Heidi Canarelli 1993 Irrevocable Trust, Lawrence D. Canarelli, as trustee of The Alyssa Lawren Graves Canarelli Irrevocable Trust, Lawrence D. Canarelli, as trustee of The Stacia Leigh Lemke Irrevocable Trust, Lawrence D. Canarelli, as trustee of The Jeffrey Lawrence Graves Canarelli Irrevocable Trust, Heidi Canarelli, as trustee of The Lawrence and Heidi Canarelli 1993 Irrevocable Trust, Heidi Canarelli, as trustee of The Alyssa Lawren Graves Canarelli Irrevocable Trust, Heidi Canarelli, as trustee of The Stacia Leigh Lemke Irrevocable Trust, Heidi Canarelli, as trustee of The Jeffrey Lawrence Graves Canarelli Irrevocable Trust, Edward C. Lubbers, as trustee of The Scott Lyle Graves Canarelli Irrevocable Trust, Heidi Canarelli, individually, and Lawrence D. Canarelli, individually (collectively "Defendants"), by and through their counsel of record, hereby stipulate and agree to dismiss this action with prejudice, with each party to bear his, her, or its own attorneys' fees and costs.

Dated this 21st of September, 2016.

MAUPIN • NAYLOR • BRASTER

By: /s/ Jennifer L. Braster
John M. Naylor
Nevada Bar No. 5435
Jennifer L. Braster
Nevada Bar No. 9982
1050 Indigo Drive, Suite 112
Las Vegas, Nevada 89144

*Attorneys for Defendants*

MAUPIN • NAYLOR • BRASTER
ATTORNEYS AT LAW
1050 Indigo Drive, Suite 112
Las Vegas, NV 89145
(702) 420-7000

2 of 3

Dated this 21st of September, 2016.

                          BALLARD SPAHR LLP

                          By:   /s/ Joseph P. Sakai
                                 Abran E. Vigil
                                 Nevada Bar No. 7548
                                 Joseph P. Sakai
                                 Nevada Bar No. 13578
                                 100 North City Parkway, Suite 1750
                                 Las Vegas, Nevada 89106

*Attorneys for Plaintiff*

                                **ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: September 21, 2016

MAUPIN • NAYLOR • BRASTER
ATTORNEYS AT LAW
1050 Indigo Drive, Suite 112
Las Vegas, NV 89145
(702) 420-7000